IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCISCO BARRAGAN and LIBERTO DE LA ROSA, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>EVANGER'S DOG AND CAT FOOD CO., INC, HOLLY N. SHER AND JOEL SHER, individually,<br><br>Defendants. | Case No. 09 C 227<br><br>Judge Darrah<br><br>Magistrate Judge Mason |

## NOTICE OF FILING

To:   Gregory A. Bedell
      Knabe, Kroning & Mainzer
      20 South Clark Street, Suite 2301
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on July 7, 2009 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Plaintiffs' Reply in Support of Their Motion for Class Certification of Their Claims Arising Under the Illinois Minimum Wage Law**, a copy of which is attached hereto.

Respectfully submitted,

s/Douglas M. Werman
DOUGLAS M. WERMAN (ARDC#6204740)
MAUREEN A. BANTZ (ARDC# 6289000)
DAVID E. STEVENS (ARDC# 6297705)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiffs