# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Francisco Barragan, et al.

                                                        Plaintiff,

v.                                                                                     Case No.: 1:09−cv−00227
                                                                                      Honorable John W. Darrah

Evanger's Dog and Cat Food Co., Inc., et al.

                                                     Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Michael T. Mason for the purpose of holding proceedings related to: a settlement conference.Mailed notice. (maf)

Dated: November 12, 2009

                                                                                                 /s/ John W. Darrah

                                                                                          United States District Judge