## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Francisco Barragan, et al.

                                        Plaintiff,

v.                                                   Case No.: 1:09−cv−00227
                                                      Honorable John W. Darrah

Evanger's Dog and Cat Food Co., Inc., et al.

                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 19, 2010:

      MINUTE entry before Honorable John W. Darrah: Status hearing held and continued to 2/25/10 at 9:00 a.m. Mailed notice(maf )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.