# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FRANCISCO BARRAGAN and LIBERTO DE LA ROSA, on behalf of themselves and all other similarly situated persons, known and unknown, ) ) ) ) ) Plaintiffs, ) ) v. ) ) ) EVANGER'S DOG AND CAT FOOD CO., INC., ) HOLLY N. SHER AND JOEL SHER, ) individually, ) ) Defendants. ) | Case No. 09 CV 227<br><br>Judge Darrah |

## PLAINTIFFS' MOTION FOR PRELIMINARY
## APPROVAL OF PROPOSED SETTLEMENT

Plaintiffs Francisco Barragan and Liberto De La Rosa, and the represented Class, move this Court for Preliminary Approval of their Proposed Settlement with Defendants Evanger's Dog and Cat Food Co., Inc., Holly Sher, individually, and Joel Sher, individually. In support of this Motion, Plaintiffs submit a Supporting Memorandum of Law.

Respectfully submitted,

Dated: March 10, 2010

s/ Douglas M. Werman
DOUGLAS M. WERMAN (ARDC #6204740)
MAUREEN A. BANTZ (ARDC #6289000)
DAVID E. STEVENS (ARDC #6297705)
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008
Attorneys for Plaintiffs